IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN WEBB, JR.                                                                                         PLAINTIFF

v.                                      No. 2:14-CV-02014

SHERIFF HOLLENBECK, Sebastian
County, Arkansas; DEPUTY PARTAIN;
DR. TINSMAN; OFFICER JOHN DEVANE;
and SEBASTIAN COUNTY, ARKANSAS                                                DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 33) from United States Magistrate Judge Mark E. Ford. The time for filing objections has passed, and no objections have been filed by any party. After careful review, the Court concludes that the report and recommendation should be, and hereby is, adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. 25) is GRANTED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 15th day of August, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE