IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN WEBB, JR.                                                                    PLAINTIFF

v.                                     No. 2:14-CV-02014

SHERIFF HOLLENBECK, Sebastian
County, Arkansas; DEPUTY PARTAIN;
DR. TINSMAN; OFFICER JOHN DEVANE;
and SEBASTIAN COUNTY, ARKANSAS                                   DEFENDANT

## **JUDGMENT**

     Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

     IT IS SO ADJUDGED this 15th day of August, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE